IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 23 PM 1:10
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

VS.                                                           NO. 05-2657-Ma

ORKIN, INC.,

    Defendant.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court are the November 14, 2005, motions for admission *pro hac vice* of Robert P. Lombardi, Samuel Zurik, III, and Henry P. Julien, Jr. All three counsel are members in good standing of the bar of the state of Louisiana and are admitted to practice before the United States District Court for the Eastern District of Louisiana. Counsel have obtained and are familiar with the local rules and professional guidelines of this court. For good cause shown, the motions are granted and Robert P. Lombardi, Samuel Zurik, III, and Henry P. Julien, Jr. are admitted to participate in this action as co-counsel for defendant.

It is so ORDERED this 23d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02657 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Charles V. Holmes
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Sanyek Zurik
KULLMAN FIRM
1100 Poydras St
1600 Energy Centre
New Orleans, LA 70163

Gwendolyn Young Reams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Robert P. Lombardi
KULLMAN FIRM
1100 Poydras St
1600 Energy Centre
New Orleans, LA 70163

Darin B. Tuggle
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION- Memphis
1407 Union Avenue
Ste. 621
Memphis, TN 38104

James Lee
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Henry P. Julien
THE KULLMAN LAW FIRM
1600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Honorable Samuel Mays
US DISTRICT COURT